IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

Regene Brantley-Reed, Individually and as Personal Representative of the Estate of John Reed, )
)
Plaintiff, )
v. )
) CASE NO. 3:25-cv-80-ECM _____
PATSY ROBERTS, et al. )
_____, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _REGENE BRANTLEY-REED_, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____

_____                    _____

_____                    _____


3/3/2025
Date

(Signature)
**Charles James, II**
(Counsel's Name)

Regene Brantley-Reed, Individually and as P.R. of the Estate of John Reed

Counsel for (print names of all parties)
Serious Injury Law Group, P.C.
2901 Zelda Road, Montgomery, AL 36106
Address, City, State Zip Code
334-832-1001
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Charles James, II_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd____ day of March_____ 20 25, to:

Constance Caldwell Walker

Webb McNeill Walker, PC

One Commerce Street, Suite 700

Montgomery, AL 36104

3/3/2025
Date

[Signature]
Signature